IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT DANIEL MOORE                                                                  PLAINTIFF
  ADC #122001

VS.                              CASE NO. 2:05CV00016 JMM

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                               DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that the motion to dismiss filed by Defendants Norris, Hobbs, Mobley and Harmon is DENIED.

SO ORDERED this 9th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE